**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**KATHERINE ANN SCOTT and ROBERT PERRIN BURTON V,**

    Plaintiffs,

**v.**     CASE NO. 3:05-cv-874-J-16MCR

**SUWANEE COUNTY SHERIFF'S DEPARTMENT, et al**

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed November 22, 2005 (Doc. #7). No objections have been filed.

After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED:**

Plaintiffs' Affidavit of Indigency (Doc #3), construed as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a0(1), is **DENIED without prejudice** and Plaintiffs' Complaint (Doc #2) is **dismissed without prejudice**. Plaintiffs shall have an opportunity to file an amended complaint properly setting forth all relevant facts, allegations and cause(s) of action no later than December 27, 2005. At that time, Plaintiffs should also file a motion for leave to proceed *in forma pauperis*, including an assessment of their income. If Plaintiffs fail to file an amended complaint by December 27, 2005, this case will be dismissed with prejudice.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 15th day of December, 2005.

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge

Copies to:    All counsel of record